UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING DR. JAMES CASSELL,

                         Plaintiff,

        -against-

THE BOAT (V.C.B.C.),

                         Defendant.

25-CV-5271 (LLS)

SECOND ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated March 27, 2026, the Court dismissed this action for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), with 30 days' leave to replead. On April 30, 2026, Plaintiff filed an amended complaint, but he does not state any facts in the amended pleading suggesting that he is entitled to relief from any defendant. He states only that an event giving rise to his claims occurred on December 6, 2021, in a housing unit at the former Vernon C. Bain Center. Because Plaintiff does not state any facts in his amended pleading, the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    June 3, 2026
          New York, New York

                                        _____
                                        Louis L. Stanton
                                        U.S.D.J.