**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 KING DR. JAMES CASSELL,

                                        Plaintiff,

            -against-                                                      25 **CIVIL** 5271 (LLS)

                                                                          **JUDGMENT**

THE BOAT (V.C.B.C.),

                                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 4, 2026, and by order dated March 27, 2026, the Court

dismissed this action for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). On April

30, 2026, Plaintiff filed an amended complaint, but he did not state any facts in the amended

pleading suggesting that he is entitled to relief from any defendant. He stated only that an event

giving rise to his claims occurred on December 6, 2021, in a housing unit at the former Vernon

C. Bain Center. Because Plaintiff did not state any facts in his amended pleading, the amended

complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C.

§ 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP

status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-

45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

**Dated:** New York, New York

        June 9, 2026

                                                        **TAMMI M. HELLWIG**

                                                        _____
                                                                **Clerk of Court**
                                        **BY:**
                                                        K. mango
                                                        _____
                                                                **Deputy Clerk**